### UNITED STATES of America, Plaintiff–Appellee,

v.

### Torrance JONES, a/k/a Tube, Defendant–Appellant.

#### No. 01–8026.

United States Court of Appeals, Fourth Circuit.

Submitted April 19, 2002.

Decided May 29, 2002.

Torrance Jones, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Torrance Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jones*, Nos. CR-96-79-BO; CA-00-728-5-BO (E.D.N.C. Sept. 18, 2001). We deny Jones' suggestion that this Court should stay its ruling in this case pending the outcome of certain state proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*